AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 13 Civ. 5677 |
| JAVIER MARTIN-ARTAJO and JULIEN G. GROUT ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission

Date:   08/27/2013

*Attorney's signature*

Daniel Michael
*Printed name and bar number*

3 World Financial Center, Suite 400
New York, NY 10281

*Address*

michaeld@sec.gov
*E-mail address*

(212) 336-1313
*Telephone number*

(212) 336-1319
*FAX number*