UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2013
```

SEC

                            Plaintiff(s)          **CERTIFICATE OF MAILING**

                                        Case No.:   13CV5677   (gbd)

-v-

JAVIER MARTIN-ARTAJO ET. AL.,

                            Defendant(s)

I hereby certify under the penalties of perjury that on 17th day of September_____, 20 13 __, I served: Javier Martin Artajo, Numero 8 5o Derecha. Madrid Spain

[X] One copy of the  Summons and Complaint in English, Summons and Complaint in Spanish

by  Fed Ex tracking # 8025 7455 5754_____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by_____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by_____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by_____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
        9/17/2013

                                         RUBY J. KRAJICK
                                         CLERK OF COURT

                                         Print Name: Jeanine Viera-Santia
                                         DEPUTY CLERK OF COURT

# FedEx International Air Waybill

**1 From** Please print and press hard.

Date: 9/17/13
Sender's FedEx Account Number: 3605-2791-3
Sender's Name: Joseph Bolyshansky
Phone: (212) 336-0113
Company: SEC/NY REG OFC/REGION 1
Address: 3 WORLD FINANCIAL CTR FL 4
City: NEW YORK
State/Province: NY
ZIP/Postal Code: 10281-0008
Country: US

**2 To**

Recipient's Name: JAVIER MARTIN ARTAJO
Company: 
Address: NUMERO 8 5º DERECHA
Address: 
City: MADRID
State/Province: 
ZIP/Postal Code: 
Country: SPAIN

**3 Shipment Information**

Commodity Description: LEGAL DOCUMENTS
DETAIL REQUIRED PRINT IN ENGLISH

FedEx Tracking Number: 8025 7455 5754

Package Label: 8025744555754
Commercial Invoice Label: 8025744555754
Delivery Record Label: 8025744555754
Delivery Reattempt Label: 8025744555754