UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2013
```

SEC

                                Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: __13CV5677__ (gbd)

-v-

JAVIER MARTIN-ARTAJO ET. AL.,

                        Defendant(s)

---

I hereby certify under the penalties of perjury that on 17th day of __September__, 20__13__, I served:
__Julien Grout, Sarrazac, Le Bourg, Martel France__

[X] One copy of the __Summons and Complaint in English, Summons and Complaint in Spanish__

by __Fed Ex tracking # 8025 7455 5765__, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
        9/17/2013

RUBY J. KRAJICK
CLERK OF COURT

*Jeanine Viera-Santia* (signature)
Print Name: Jeanine Viera-Santia
DEPUTY CLERK OF COURT

**FedEx International Air Waybill** — Sender's Copy

Tracking Number: 8025 7455 5765

/0010/0050/0010775788/9

**1 From**
Date: 9/17/13
Sender's FedEx Account Number: 3605-2791-3
Sender's Name: JOSEPH BORYSHANSKY
Phone: 212-336-0113
Company: SEC/NY REG OFC/REGION 4
Address: 3 WORLD FINANCIAL CTR FL 4
City: NEW YORK
State/Province: NY
ZIP/Postal Code: 10281-0008
Country: US

**2 To**
Recipient's Name: JULIEN GROUT
Address: SARRAZAC, LE BOURG
City: MARTEL
Country: FRANCE
ZIP/Postal Code: 46600

**4 Express Package Service**
[X] FedEx Intl. Priority

**5 Packaging**
[X] FedEx Envelope

**7 Payment** — Bill transportation charges to:
[X] Sender

**3 Shipment Information**
Commodity Description: LEGAL DOCUMENTS

Form ID No.: 568 / 0402

PACKAGE LABEL 8025 7455 5765
COMMERCIAL INVOICE LABEL 8025 7455 5765
DELIVERY RECORD LABEL 8025 7455 5765
DELIVERY REATTEMPT LABEL 8025 7455 5765