UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    v.

JAVIER MARTIN-ARTAJO and JULIEN G. GROUT,

                Defendants.

No. 13 Civ. 5667 (GBD)

---

**AFFIRMATION OF SERVICE**

I, Joseph Boryshansky, declare under penalty of perjury as follows:

    1.    I am over 18 years of age and a member in good standing of the Bar of the State of New York. I work as Senior Trial Counsel at the United States Securities and Exchange Commission ("SEC"), the plaintiff in this action. I submit this affirmation to describe the service of process effected on defendant Javier Martin-Artajo.

    2.    On August 15, 2013, I delivered by electronic mail to Richard Craig Smith, Esq., of the law firm Norton Rose Fulbright LLP, counsel to Mr. Martin-Artajo, the letter attached hereto as <u>Exhibit A</u> ("Service Letter"), together with a copy of the Summons issued in this action, the Complaint the SEC filed in this action, and the Electronic Case Filing Rules & Instructions of the U.S. District Court for the Southern District of New York.

    3.    On September 19, 2013, Mr. Smith returned to me by electronic mail the Service Letter countersigned by himself and by Mr. Martin-Artajo. On September 20, 2013, I also received the Service Letter with the original signatures of Messrs. Martin-Artajo and Smith. As

stated in the Service Letter attached hereto, by signing that letter Messrs. Martin-Artajo and Smith each acknowledged, represented, and confirmed as follows:

    a.    That Mr. Smith is authorized to accept service of the Summons and Complaint on behalf of Mr. Martin-Artajo.

    b.    That the acceptance of service by Mr. Smith of the Summons and Complaint constitutes for all purposes actual personal service of the Summons and Complaint on Mr. Martin-Artajo in accordance with the Federal Rules of Civil Procedure and all other applicable laws, including the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

    c.    That personal service on Mr. Martin-Artajo of the Summons and Complaint was fully effected and accepted in accordance with the Federal Rules of Civil Procedure and all other applicable laws on the date of Mr. Martin-Artajo's signature.

    d.    That Mr. Martin-Artajo will keep all defenses or objections to the SEC's action, the Court's jurisdiction, and the venue of the action, but waives any objections to the absence of a summons or of service.

Dated: September 23, 2013
       New York, New York

 

*Joseph Boryshansky*
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center
New York, NY 10281
Tel: (212) 336-0113
Fax: (212) 336-1319
BoryshanskyJ@sec.gov