Felice B. Galant
FULBRIGHT & JAWORSKI LLP
666 Fifth Avenue
New York, New York 10103-3198
Tel.: (212) 318-3000

*Attorneys for Defendant Javier Martin-Artajo*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | 13-CV-5677 (GBD) |
| Plaintiff, | : | NOTICE OF APPEARANCE OF ATTORNEYS FOR DEFENDANT JAVIER MARTIN-ARTAJO |
| vs. | : | |
| JAVIER MARTIN-ARTAJO and JULIEN G. GROUT, | : | |
| Defendants. | : | |

------------------------------------------------------------------x

Felice B. Galant of Fulbright & Jaworski LLP, a member of the bar of this Court, appears as counsel for Defendant Javier Martin-Artajo in the above-captioned matter.

I certify that I am admitted to practice in this Court.

DATED:   September 26, 2013
         New York, New York

                              Respectfully submitted,

                              By: /s/ Felice B. Galant
                              _____
                                  Felice B. Galant
                              FULBRIGHT & JAWORSKI LLP
                              666 Fifth Avenue
                              New York, New York 10103
                              Tel.: 212-318-3000

                              *Attorneys for Defendant Javier Martin-Artajo*

79199210.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served electronically via the Court's ECF System on the 26th day of September, 2013 on:

>Andrew M. Calamari, Regional Director
>Michael J. Osnato, Esq.
>Steven G. Rawlings, Esq.
>Joseph O. Boryshansky, Esq.
>Peter Altenbach III, Esq.
>Daniel Michael, Esq.
>
>SECURITIES AND EXCHANGE COMMISSION
>New York Regional Office
>3 World Financial Center, Suite 400
>New York, New York 10281

/s/ Felice B. Galant

Dated: New York, New York
September 26, 2013

79199210.1