# NORTON ROSE FULBRIGHT

Fulbright & Jaworski LLP
666 Fifth Avenue, 31st Floor
New York, New York  10103-3198
United States

Direct line +1 212 318 3049
felice.galant@nortonrosefulbright.com

October 22, 2013

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

**VIA ECF AND FEDERAL EXPRESS**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007-1312

Re:   *Securities and Exchange Commission v. Javier Martin-Artajo and Julien G. Grout*, Case No. 13-Civ-5677 (GBD)

Dear Judge Daniels:

We represent defendant Javier Martin-Artajo in the referenced action. We write to respectfully request the adjournment of the initial pretrial conference set for November 4, 2013 at 9:30 A.M. in the Court's Order dated August 22, 2013. All parties consent and this is the first request to adjourn the conference.

The Court's deputy clerk has informed us that the Court is available on Tuesdays, Wednesdays and Thursdays in January. Therefore, we would propose anytime on January 7 or 8, 2014 for the conference, subject to the Court's schedule. We thank the Court for its consideration. Should the Court require any additional information, please let us know.

Respectfully yours,

Felice Galant

FBG//mgm

cc:  All counsel of record, via ECF

53035499.1

Fulbright & Jaworski LLP is a limited liability partnership registered under the laws of Texas.

Fulbright & Jaworski LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz, Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.