

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JAN 31 2014

Joseph Boryshansky
Tel: (212) 336-0113
boryshanskyj@sec.gov

January 28, 2014

By Hand

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED

*George B. Daniels* (signature)

HON. GEORGE B. DANIELS

JAN 31 2014

Re:   SEC v. Javier Martin-Artajo and Julien Grout, 13 Civ. 5677

Dear Judge Daniels:

On Saturday, January 25, 2014, the U.S. Attorney's Office filed a motion to intervene and for a partial stay of discovery in this case pending resolution of the parallel criminal action against defendants Martin-Artajo and Grout. See Docket Entries #28-30. As I indicated during the initial conference with Your Honor on January 8, 2014, the SEC intends to submit a short brief consenting to the stay application. See Initial Conf. Tr. 10:18–11:2 (Jan. 8, 2014). Since the SEC is not opposing the application, however, the Local Rules do not provide a schedule for the filing of its brief. See Local Civil Rule 6.1(b) (stating that "opposing" papers are due 14 days after service of motion). Accordingly, we request the Court's permission to file a brief not to exceed 15 pages by next Friday, February 7, 2014. We have inquired by email at noon today if defendants' counsel consent to this request but, as of close of business today, have not yet received a reply.

Respectfully,

/s/ Joseph Boryshansky
Joseph Boryshansky

cc (by email):   Matthew Schwartz and Eugene Ingoglia (for the United States of America)
William Leone and Felice Galant (counsel to Javier Martin-Artajo)
Edward Little and Marc Weinstein (counsel to Julien Grout)