

# NORTON ROSE FULBRIGHT

Fulbright & Jaworski LLP
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198
United States

Direct line +1 212 318 3049
felice.galant@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

February 25, 2014

**VIA ECF AND FEDERAL EXPRESS**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

FEB 26 2014

Re: *Securities and Exchange Commission v. Javier Martin-Artajo and Julien G. Grout*, Case No. 13-Civ-5677 (GBD)

Dear Judge Daniels:

We represent defendant Javier Martin-Artajo in the referenced action. In light of the request made by defendant Julien Grout to extend his time to respond to the U.S. Attorney's motion for a stay, we write to respectfully request the same one-week extension so as to be on the same schedule. All parties consent to this request. This is the second request to extend this filing deadline. The first request was granted on February 14, 2014 for an extension from February 10 to February 26, 2014. This second and current request is for an extension from February 26 to March 5, 2014.

We thank the Court for its consideration. Should the Court require any additional information, please let us know.

Respectfully yours,

Felice Galant

cc: All counsel of record, via ECF

Fulbright & Jaworski LLP is a limited liability partnership registered under the laws of Texas.    53512625.1

Fulbright & Jaworski LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz, Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.