Case 1:13-cv-05677-GBD Document 38 Filed 02/24/14 Page 1 of 2

Hughes Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Edward J.M. Little
Direct Dial: 212-837-6400
little@hugheshubbard.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 26 2014

February 24, 2014

SO ORDERED.
George B. Daniels
George B. Daniels, U.S.D.J.

FEB 26 2014

**VIA ECF AND FEDERAL EXPRESS**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Securities and Exchange Commission v. Javier Martin-Artajo and Julien G. Grout*, Case No. 13-Civ-5677 (GBD)

Dear Judge Daniels:

We represent defendant Julien Grout in the referenced action. We write regarding the U.S. Attorney's Office's motion, filed on January 25, 2014, to intervene and for a partial stay of discovery, to which the SEC has consented by way of a memorandum of law, filed on February 7, 2014. We write on behalf of defendant Mr. Grout, and with the consent of the U.S. Attorney's Office and the SEC, to respectfully request an Order (i) extending the defendant's time to respond to the motion by one week, from Wednesday, February 26, 2014, until March 5, 2014, and (ii) extending the U.S. Attorney's Office's time to reply in further support of its motion from March 14, 2014, until March 21, 2014. This is the second request for such an extension, the first of which was granted by Order on February 14, 2014 extending defendant's time to respond from February 10, 2014, until February 26, 2014.

We request the extension due to the fact that I am currently overseas on business and my colleagues on this case, Marc Weinstein and John McGoey, are in the midst of a trial in New York State Supreme Court in People v. Lorenzo Padin, Dkt. No. 2013NY012882.

We thank the Court for its consideration, and please let us know if the Court should require any additional information.

Case 1:13-cv-05677-GBD Document 38 Filed 02/24/14 Page 2 of 2



Respectfully submitted,

Edward J.M. Little

cc (by email): William Leone and Felice Galant (counsel for Mr. Martin-Artajo)
Joseph Boryshansky and Peter Altenbach (for the SEC)
Matthew Schwartz and Eugene Ingoglia (for the U.S. Attorney's Office)