

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION, :

                      Plaintiffs,

      -against-

JAVIER MARTIN-ARTAJO AND JULIEN G.
GROUT,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

13 Civ. 5677 (GBD)

GEORGE B. DANIELS, United States District Judge:

     Oral argument for the Government's Motion to Intervene and for a Limited Stay of

Discovery (the "Motion," ECF 29) is scheduled for Wednesday, April 2, 2014 at 10:30 am.

     The parties shall immediately exchange document production to the extent that it is not

the subject of the Government's application to intervene and for a limited stay of depositions,

interrogatories, requests for admissions and discovery of 3500 material.


Dated: New York, New York
      February 27, 2014

SO ORDERED:

_George B Daniels_
GEORGE B. DANIELS
United States District Judge