Felice B. Galant
FULBRIGHT & JAWORSKI LLP
666 Fifth Avenue
New York, New York  10103-3198
Tel.:  (212) 318-3000

*Attorneys for Defendant Javier Martin-Artajo*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | **1:13-CV-5677 (GBD)** |
| Plaintiff, | : | **DECLARATION OF FELICE B. GALANT IN** |
| vs. | : | **SUPPORT OF DEFENDANT'S MEMORANDUM OF LAW IN** |
| JAVIER MARTIN-ARTAJO and JULIEN G. GROUT, | : | **OPPOSITION TO THE MOTION OF THE U.S.** |
| | : | **ATTORNEY TO INTERVENE** |
| Defendants. | | **AND FOR A STAY OF** |
| | | **DISCOVERY** |

------------------------------------------------------------------- x

I, FELICE B. GALANT, declare under penalty of perjury that the following is true and correct:

1.  I am an attorney with the law firm of Fulbright & Jaworski LLP, counsel for Defendant Javier Martin-Artajo in the above captioned action.  I make this declaration to place documents referenced in Mr. Martin-Artajo's Memorandum of Law in Opposition to the Motion of the U.S. Attorney to Intervene and For a Stay of Discovery before the Court.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the February 5, 2014 letter from the United Kingdom Financial Conduct Authority to Norton Rose Fulbright LLP.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the February 14, 2014 letter from the United Kingdom Financial Conduct Authority to Norton Rose Fulbright LLP.

53519945.1

- 2 -

/s/ Felice B. Galant
_____
Felice B. Galant

Executed on March 5, 2014
New York, New York

53519945.1