

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2014

**By Hand Delivery and via ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Securities and Exchange Commission v. Javier Martin-Artajo and Julien G. Grout</u>, Case No. 13-Civ-5677 (GBD)

Dear Judge Daniels:

We write on behalf of the United States Attorney's Office in connection with the above-referenced action, concerning our motion, filed on January 25, 2014, to intervene and for a partial stay of discovery, to which the SEC has consented by way of a memorandum of law, filed on February 7, 2014.

We write, on behalf of the United States Attorney's Office, with the consent of the SEC and without objection by either defendant, to respectfully request an Order extending the United States Attorney's Office time to reply in further support of its motion by one-week, from March 21, 2014, until March 28, 2014. This is the third request for an extension in the case; the first of which was granted by Order on February 14, 2014, extending the defendants' time to respond by 16 days; and the second extending the time for all the parties to respond by one week.

We request the extension to accommodate the schedule of the prosecutors handling the matter, one of whom is currently on trial in a separate case. We thank the Court for its consideration, and are available to any questions should the Court require any additional information.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

                    by: \s\
                              Eugene Ingoglia
                              Matthew Schwartz
                              Assistant United States Attorneys
                              (212) 637-1113 / 1945

cc:    William Leone and Felice Galant (counsel for Mr. Martin-Artajo)
        Edward Little (counsel for Mr. Grout)
        Joseph Boryshansky and Peter Altenbach (for the SEC)

SO ORDERED:

*/s/ George B. Daniels*
Hon. George B Daniels
United States District Judge

Dated: MAR 24 2014