UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    v.

JAVIER MARTIN-ARTAJO and JULIEN G. GROUT,

        Defendants.

ORDER

13 Civ. 5677 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The conference for May 8, 2015, is rescheduled to begin at 11:15 A.M.

Dated: May 6, 2015
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge