UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

JAVIER MARTIN-ARTAJO and JULIEN G. GROUT,

                Defendants.

ORDER

13 Civ. 5677 (GBD)

JUN 29 2015

GEORGE B. DANIELS, United States District Judge:

    The United States Attorney's Office ("USAO") requests an order from this Court to delay seven of the more than fifty anticipated depositions in this civil matter until after the defendants, who are charged with criminal offenses in a separate case (13 Cr. 707 (LGS)), are themselves deposed in this lawsuit. That request is supported by the Securities and Exchange Commission ("SEC"), the plaintiff in this action.

    The USAO argues that these seven witnesses are central to the criminal case against the defendants, and that the defendants should not have the opportunity to tailor their defense in the criminal case where they have, so far, refused to appear. The defense argues that the defendants should hear what these seven witnesses have to say before they are deposed or even decide whether to waive their Fifth Amendment right and answer relevant questions at the deposition.

    The USAO's request is granted. The seven depositions identified by the USAO shall be scheduled to take place within sixty (60) days after the defendants' deposition, or at any other time thereafter upon agreement of the parties.

Dated: June 29, 2015
       New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge