# ◠ NORTON ROSE FULBRIGHT

August 14, 2015

**VIA FACSIMILE: (212) 805-6737**

Norton Rose Fulbright US LLP
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198
United States

The Honorable George B. Daniels
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Direct line +1 212 318 3049
felice.galant@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

*[Stamp:]* USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 17

**SO ORDERED:**

*George B. Daniels [signature]*

**George B. Daniels, U.S.D.J.**

**Dated:** AUG 17 2015

Re:   *SEC v. Javier Martin-Artajo and Julien Grout*, Case No. 13-Civ-5677 (GBD) (MD)

Dear Judge Daniels:

We represent defendant Javier Martin-Artajo in the referenced action. We write to respectfully request an adjournment of the case management conference scheduled for October 13, 2015 at 10:00 A.M., to October 21, 2015 at 9:45 A.M., due to a professional conflict that has arisen. We understand from the Court's deputy clerk that the Court is available at such time. Counsel for all parties have consented to this request. This is the first request for an adjournment of the conference.

Should the Court require additional information, or if the Court's calendar has changed, please let us know. We thank the Court for its consideration.

Very truly yours,

*[signature]*

Felice Galant

FG/va

cc: Counsel of Record (via email)

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

54091705.1

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.