

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

February 23, 2017

**BY HAND DELIVERY AND ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Securities and Exchange Commission v. Javier Martin-Artajo and Julien G. Grout*, Case No. 13-Civ-5677 (GBD) – Proposed Amended Civil Case Management Plan and Scheduling Order

Dear Judge Daniels:

We represent Defendant Julien Grout in the above-referenced matter. We write in advance of the case management conference scheduled for February 28, 2017 to submit the attached proposed Amended Civil Case Management Plan and Scheduling Order. This proposed Order has been agreed upon by all the parties.

Respectfully submitted,

John T. McGoey

Encl.

cc : All Counsel (by ECF)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Paris ■ Tokyo