USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 16 2017

**NORTON ROSE FULBRIGHT**

May 15, 2017

BY ECF

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
United States

The Honorable George B. Daniels
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Direct line +1 212 318 3049
felice.galant@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

Re: *SEC v. Javier Martin-Artajo and Julien G. Grout,* Case No. 13-Civ-5677 (GBD) (AJP): Request for (1) Adjournment of Case Management Conference and (2) Approval of Proposed Second Amended Civil Case Management Plan and Scheduling Order

Dear Judge Daniels:

We represent Defendant Javier Martin-Artajo in the referenced action. On behalf of all parties, we write to request a brief adjournment of the case management conference scheduled for **June 20, 2017.** The reason for this request is that the parties have scheduled three third-party depositions between June 14 and 23, 2017, two of which will be conducted in Europe. Counsel for the parties could be available on July 11, 12, 13 or 14 for the conference, or another date that is convenient for the Court. This is the first time the parties are seeking to adjourn this conference.

Additionally, the parties jointly submit the enclosed proposed Second Amended Civil Case Management Plan and Scheduling Order for the Court's review and approval. If satisfactory to the Court, it would provide for a 60-day extension of all deadlines that have not yet expired, to accommodate (i) the scheduling of the depositions of several third party witnesses and (ii) subpoenas for the production of documents relating to those witnesses that were recently served.

We thank the Court for its consideration of the parties' requests. Should the Court require additional information, please do not hesitate to contact us.

Respectfully yours,

/s/ Felice Galant

Felice Galant

Enclosure

cc: Via ECF to All Counsel of Record

MAY 16 2017

SO ORDERED
The conference is adjourned to July 11, 2017 at 9:45 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

54860659.1

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.